# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | |
|---|---|
| United States of America ) | 2008 MAY 29 AM 10: 17 |
| v. ) | |
| Maurice A. Kirkland ) Case No: CR498-00141-007 | |
| ) USM No: 48574-019 | |
| Date of Previous Judgment: December 12, 2000 ) John A. Foster | |
| (Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     33                  Amended Offense Level:   31
Criminal History Category:  III                 Criminal History Category: III
Previous Guideline Range:   168 to 210 months   Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
A sentence of 168 months, the top end of the amended advisory guideline range, is the appropriate sentence in this case. The Court notes that the defendant has a disciplinary record since his imprisonment which includes a charge of escaping on May 16, 2004.

Except as provided above, all provisions of the judgment dated December 12, 2000, shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                    Printed name and title